UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-92-BO

| | |
|---|---|
| ANDREA ALITA BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER, ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Consent Motion for Remand. Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Upon remand, further consideration will be given to the plaintiff's residual functional capacity assessment and the plaintiff's medically determinable impairments at step 3 of the sequential evaluation process.

SO ORDERED this 13 day of April, 2015.

TERRENCE W. BOYLE
United States District Judge