UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Andrea Alita Brown, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Carolyn W. Colvin, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:14-CV-92-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on April 14, 2015, and Copies To:**

| | |
|---|---|
| Monica Rathke Savidge | (via CM/ECF Notice of Electronic Filing) |
| Elisa Donohoe | (via CM/ECF Notice of Electronic Filing) |

DATE:  
April 14, 2015

JULIE RICHARDS JOHNSTON, CLERK  
(By) /s/ Linda Downing  
Deputy Clerk